**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

ROBERT SMITH,

    Plaintiff,

v.                                             Case No. 07-CV-10453-DT

BEN BERNANKE,

    Defendant.
                                                          /

### ORDER DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS

*Pro se* Plaintiff Robert Smith filed his complaint in the above-captioned matter on January 29, 2007. On February 7, 2007, the court granted Smith's application to proceed *in forma pauperis* without prepayment of fees under 28 U.S.C. § 1915. On April 30, 2007, the court entered an order dismissing Smith's complaint under 28 U.S.C. § 1915. Defendant Ben Bernanke then filed its "Motion to Dismiss or, in the Alternative, for a More Definite Statement." Because the court's April 30, 2007 order already dismissed the complaint and effectuated Defendant's requested relief, Defendant's motion will be denied as moot. Accordingly,

IT IS ORDERED that Defendant's "Motion to Dismiss or, in the Alternative, for a More Definite Statement" [Dkt. # 8] is DENIED as moot.

                                                   S/Robert H. Cleland
                                                   ROBERT H. CLELAND
                                                   UNITED STATES DISTRICT JUDGE

Dated: May 7, 2007

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 7, 2007, by electronic and/or ordinary mail.

                                              S/Lisa Wagner
                                              Case Manager and Deputy Clerk
                                              (313) 234-5522

2
S:\Cleland\JUDGE'S DESK\C1 ORDERS\07-10453.SMITH.DenyMotToDismissAsMoot.wpd